# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JAMES POOLE, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No.  1:14-cv-23519-KMW<br><br>Judge:  Hon. Kathleen M. Williams<br><br>Magistrate Judge: Hon. Andrea M. Simonton |

## NOTICE OF SETTLEMENT

Plaintiff James Poole and Defendant Wal-Mart Stores, Inc., through their counsel of record, inform the Court that they have reached a settlement in this action on an individual basis. Assuming the parties are able to finalize their written settlement and release agreement, the parties intend to file a joint request for dismissal within 45 days of this notice, requesting that the Court dismiss Plaintiff James Poole's individual claims with prejudice and the claims of the putative class without prejudice.

 Dated: November 2, 2015

　　　　　　　　　　　　　　　　　　　　By:　/s/ *Andrew Kemp-Gerstel*
　　　　　　　　　　　　　　　　　　　　　　　LIEBLER, GONZALEZ & PORTUONDO
　　　　　　　　　　　　　　　　　　　　　　　Andrew Kemp-Gerstel
　　　　　　　　　　　　　　　　　　　　　　　44 West Flagler Street
　　　　　　　　　　　　　　　　　　　　　　　Courthouse Tower 25th Floor
　　　　　　　　　　　　　　　　　　　　　　　Miami, FL 33130
　　　　　　　　　　　　　　　　　　　　　　　Email: AKG@lgplaw.com
　　　　　　　　　　　　　　　　　　　　　　　Tel:  (305) 379-0400
　　　　　　　　　　　　　　　　　　　　　　　Fax:  (305) 379-9626

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Wal-Mart Stores, Inc.*

Dated: November 2, 2015

                                          By:   /s/ *Timothy J. Sostrin*
                                                 KEOGH LAW, LTD
                                                 Timothy J. Sostrin (*pro hac vice*)
                                                 55 W. Monroe Street, Suite 3390
                                                 Chicago, Illinois 60603
                                                 Tel:  312-726-1092
                                                 Email: tsostrin@keoghlaw.com

                                                 *Attorneys for Plaintiff James Poole*

Dated: November 2, 2015

                                          By:   /s/ *John Allen Yanchunis, Sr.*
                                                 MORGAN & MORGAN COMPLEX LITIGATION GROUP
                                                 John Allen Yanchunis, Sr.
                                                 201 N. Franklin Street, 7th Floor
                                                 Tampa, Florida 33602
                                                 Tel:  813-223-5505
                                                 Fax:  813-223-5402
                                                 Email: jyanchunis@forthepeople.com

                                                 *Attorneys for Plaintiff James Poole*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically via the Court's CM/ECF system on this 2nd day of November, 2015, on all counsel or parties of record, as listed below.

November 2, 2015          By:     /s/ *Andrew Kemp-Gerstel*
                                  LIEBLER, GONZALEZ & PORTUONDO
                                  Andrew Kemp-Gerstel
                                  44 West Flagler Street
                                  Courthouse Tower 25th Floor
                                  Miami, FL 33130
                                  Tel:  (305) 379-0400
                                  Fax:  (305) 379-9626
                                  Email: AKG@lgplaw.com
                                  Web: www.lgplaw.com

| | |
|---|---|
| Sergei Lemberg | Tamra Carsten Givens |
| Lemberg & Associates, LLC | Burr & Smith LLP |
| 1100 Summer Street | 111 2nd Avenue N.E. |
| Floor 3 | Suite 1100 |
| Stamford, CT 06905 | St. Petersburg, FL 33701 |
| Telephone:   203−653−2250 | Telephone:   813−253−2010 |
| Facsimile:   203−653−3424 | Facsimile:   727−823−2126 |
| Email:       slemberg@lemberglaw.com | Email:       tgivens@burrandsmithlaw.com |
| | |
| Timothy J. Sostrin | John Allen Yanchunis, Sr. |
| Keogh Law, LTD | Morgan & Morgan |
| 55 W. Monroe Street | Complex Litigation Group |
| Suite 3390 | 201 N. Franklin Street |
| Chicago, IL 60603 | 7th Floor |
| Telephone:   312 726−1092 | Tampa, FL 33602 |
| Email:       tsostrin@keoghlaw.com | Telephone:   813−223−5505 |
| | Facsimile:   813−223−5402 |
| | Email:       jyanchunis@forthepeople.com |