UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-23519-CIV-WILLIAMS

JAMES POOLE,

    Plaintiff,

vs.

WAL-MART STORES, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the Parties' joint stipulation of dismissal. (DE 88). Upon review of the stipulation and the record, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** as to all individual claims asserted by Plaintiff James Poole against Defendant Wal-Mart Stores, Inc., and **WITHOUT PREJUDICE** as to any claims by the alleged, un-named, putative class members. Each party to bear its own costs and attorney's fees. All pending motions are **DENIED AS MOOT**. All hearings and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 15th day of January, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE